UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLER KUHK, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>PLAYSTUDIOS INC,<br><br>     Defendant. | CASE NO. 2:24-cv-00460-TL<br><br>ORDER ON MOTION TO EXTEND DEADLINE |

This matter is before the Court on Defendant's motion to extend deadline for Defendant Playstudios, Inc.'s opposition to Plaintiff's motion for class certification (Dkt. No. 22). Dkt. No. 27. Having considered Defendant's motion and the relevant record, the Court GRANTS Defendant's motion.

Accordingly, it is hereby ORDERED:

(1) The deadline for the submission of Defendant's response to Plaintiff's motion for class certification is July 29, 2025.

(2)    The deadline for the submission of Plaintiff's reply in support of Plaintiff's

motion for class certification is August 19, 2025.

Dated this 24th day of July 2025.

Tana Lin
United States District Judge