UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYLER KUHK,

Plaintiff,

v.

PLAYSTUDIOS INC,

Defendant.

CASE NO. 2:24-cv-00460-TL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Defendant has filed a notice of appeal (Dkt. No. 51) of this Court's Order denying Defendant's renewed motion to compel (Dkt. No. 48). The Court ORDERS the Parties to file a joint report stating their position(s) on whether this case should be stayed in light of the appeal and *Coinbase v. Bielski*, 599 U.S. 736 (2023). The Report SHALL be filed by March 23, 2026.

Dated this 17th day of March, 2026.

s/Joshua C. Lewis
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER – 1